# UNITED STATES DISTRICT COURT
### for the
### Central District of California

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br><br>Three United States Postal Service parcels in the custody of the United States Postal Inspection Service in San Bernardino, California | Case No. 5:24-MJ-00488 |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A*

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

*See Attachment B*

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1); 846; and 843(b) | See attached affidavit |

The application is based on these facts:

*See attached Affidavit*

☒ Continued on the attached sheet.

_____
*Applicant's signature*

USPIS Task Force Officer, Trent Tully
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: Riverside, CA          Honorable David T. Bristow, U.S. Magistrate Judge
*Printed name and title*

AUSA: Erin C. Kiss (951-276-6259)

**AFFIDAVIT**

I, Trent Tully, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a warrant to search the following three United States Postal Service ("USPS") parcels (collectively, the "SUBJECT PARCELS") in the custody of the United States Postal Inspection Service ("USPIS") in San Bernardino, California, within the Central District of California, as described more fully in Attachment A:

    a. A USPS Priority Mail parcel bearing tracking number 9505 5161 9594 4317 9524 53 (SUBJECT PARCEL 1).

    b. A USPS Priority Mail parcel bearing tracking number 9505 5133 7328 4317 8142 89 (SUBJECT PARCEL 2).

    c. A USPS Priority Mail parcel bearing tracking number 9505 5161 9591 4317 0606 70 (SUBJECT PARCEL 3).

2. The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all my knowledge of or investigation into this matter. Unless specifically noted otherwise, all conversations and statements described in this affidavit are related in substance and in part only, and all dates and times are on or about those indicated.

## II. **TRAINING AND EXPERIENCE**

4. I am a Task Force Officer ("TFO") with the USPIS, and I have been so employed since January of 2024. I am currently assigned as a TFO to the Contraband Interdiction and Investigations South Team of the Los Angeles Division, which is responsible for investigating drug trafficking violations involving the United States Mail. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7); that is, an officer of the United States empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. Before being assigned as a TFO with the USPIS, I worked patrol as a full-time sworn law enforcement officer with the Riverside County Sheriff's Office. I have been a sworn law enforcement officer since January 2011. I am a Police Officer

within the meaning of Section 830.1 of the California Penal Code.

5.  I have received training and have experience investigating violations of state and federal narcotics and money laundering laws, including, but not limited to, Title 21, United States Code, Sections 841, 846, 952, 959, and 963, and Title 18, United States Code, Section 1956(a).  I am familiar with various electronic surveillance methods, techniques, and investigations, including state and federal wiretap investigations and the debriefing of informants and witnesses, as well as others who have knowledge of the manufacturing, distribution, transportation, storage, and importation of controlled substances and the laundering of drug proceeds.

6.  I have participated in many aspects of drug trafficking investigations, including investigations into the smuggling of illegal drugs, and extortion concerning drug trafficking.  I am familiar with narcotics traffickers' methods of operation, including the manufacturing, storage, transportation, and distribution of narcotics, and the collection of money that represents the proceeds of narcotics trafficking.  I am familiar with how drug traffickers use counter-surveillance techniques to avoid detection by law enforcement.

### III. SUMMARY OF PROBABLE CAUSE

7.  On November 13, 2024, at the USPS Distribution Plant, located in Redlands, California, I identified the SUBJECT PARCELS as meeting some criteria common to packages containing

contraband, including that they were excessively taped, contained handwritten labels, lacked business account numbers, and, according to law enforcement databases, contained sender and recipient names that were not associated with their respective listed addresses.

8. Additionally, on November 13, 2024, a trained narcotic detection dog alerted to the SUBJECT PARCELS for the presence of drugs or other items, such as the proceeds of drug sales, that have been contaminated by drugs.

### IV. STATEMENT OF PROBABLE CAUSE

**A. Background on Use of Mails for Drug Trafficking**

9. Based on my training and experience, my conversations with other Postal Inspectors who specialize in drug investigations, my review of law enforcement reports, and my own participation in this investigation, I know the following:

   a. Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s. In the early 1990s, Postal Inspectors in Los Angeles, California, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances. Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels. During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

b.      Although Postal Inspectors still see boxes used to send controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, and proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel's appearance.

c.      The San Bernardino County and Riverside County areas (collectively, the "Inland Empire") are a significant source area for controlled substances.  Controlled substances are frequently transported from the Inland Empire area via the United States Mail, and the proceeds from the sale of controlled substances are frequently returned to the Inland Empire area via the United States Mail.  These proceeds are generally in the form of money orders, bank checks, or similar monetary instruments in an amount over $1,000.  Based on my training and experience, I know that proceeds from the sale of controlled substances often contain the odor of controlled substances because they have been contaminated with or associated with the odor of one or more controlled substances.

d.      Drug traffickers often use one of two USPS services:  Priority Mail Express, which is the USPS overnight/next day delivery mail product, or Priority Mail Service, which is the USPS two-to-three-day delivery mail product.  Drug traffickers use the Priority Mail Express

5

delivery service because of its speed, reliability, and the ability to track the parcel's progress to the intended delivery point. Drug traffickers use the Priority Mail delivery service because it allows drug traffickers more time for travel between states if they decide to follow a shipment to its destination for distribution. Also, by adding delivery confirmation to a Priority Mail parcel, drug traffickers can track the parcel's progress to the intended delivery point, as if the parcel had been mailed using the Priority Mail Express Service.

10. The following indicia suggest that a parcel may contain drugs or drug distribution proceeds:

    a. The parcel is contained in a Large Flat Rate cardboard box;

    b. The parcel bears a handwritten label;

    c. The parcel does not contain a business account number;

    d. The seams of the parcel are all taped or glued shut;

    e. The parcel emits an odor of a cleaning agent or adhesive or spray foam that can be detected by a human; and

    f. Multiple parcels are mailed by the same individual, on the same day, from different locations.

11. Parcels exhibiting such indicia may be subject to further investigation, which may include verification of the addressee and return addresses.

12. I know from my training and experience that drug traffickers often use fictitious or incomplete names and

addresses to conceal their identities from law enforcement officers investigating these types of cases. To the extent that real addresses are ever used, it is only to lend a legitimate appearance to the parcel and is almost always paired with a false name.

**B.   Initial Investigation of the SUBJECT PARCELS**

13. On November 13, 2024, during routine parcel inspections at the United States Postal Service Distribution Plant, I determined that the SUBJECT PARCELS met some of the initial suspicious characteristics as described above. Specifically, I determined the following:

    a.   SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking number 9505 5161 9594 4317 9524 53. SUBJECT PARCEL 1 is a brown, heavily taped, large-sized cardboard box. SUBJECT PARCEL 1 has a handwritten label and does not contain a business account number. According to law enforcement records, the return address listed on SUBJECT PARCEL 1 is "2035 Silver Drop Ln Hemet, CA, 92545," which appears to be a legitimate address, but it is not associated with the listed sender, "Rafael Bryd." The recipient address listed on SUBJECT PARCEL 1 is "32 Ogden Rd Natchez, MS, 39120," which also appears to be a legitimate address, but is not associated with the listed recipient, "Matthew Givens."

    b.   SUBJECT PARCEL 2 is a USPS Priority Mail parcel bearing tracking number 9505 5133 7328 4317 8142 89. SUBJECT PARCEL 2 is a white, heavily taped, medium-sized cardboard box. SUBJECT PARCEL 2 has a printed label and does not contain a

7

business account number.  According to law enforcement records, the return address listed on the SUBJECT PARCEL 2 is "33136 WESLEY ST WINCHESTER, CA 92596," which appears to be a legitimate address, but it is not associated with the listed sender, "RICARDO FUENTES."  The recipient address listed on SUBJECT PARCEL 2 is "907 OLD FOLKSTONE RD. APT 201 SNEADS FERRY, NC, 28460," which also appears to be a legitimate address, but has not been associated with the listed recipient, "DEANGELO CLEMONS" since March 2, 2023.

      c.    SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking number 9505 5161 9591 4317 0606 70.  SUBJECT PARCEL 3 is brown, heavily taped, large-sized cardboard box.  SUBJECT PARCEL 3 has a handwritten label and does not contain a business account number.  According to law enforcement records, the return address listed on the SUBJECT PARCEL 3 is "1842 Meridian St San Jacinto CA, 92583," which appears to be a legitimate address, but it is not associated with the listed sender, "Johnny Walker."  The recipient address listed on SUBJECT PARCEL 3 is, "2800 Mulberry LN (Apt F) Greenville, NC 27858," which also appears to be a legitimate address, but is not associated with the listed recipient, "Tina McCray."

    **C.**    **Drug-Detection Dog Alerts to the SUBJECT PARCELS**

    14.  On November 13, 2024, based on the suspicious characteristics of the SUBJECT PARCELS, the SUBJECT PARCELS were transported to the San Bernardino Post Office, and I requested Officer John Jessup with the Department of State Hospitals-Patton Police Department have his trained drug detection dog,

8

"Nico," examine the exterior of the SUBJECT PARCELS. Prior to the examination of the SUBJECT PARCELS, I placed them in an area with other similar blank parcel boxes. Officer Jessup did not know the location of the SUBJECT PARCELS. I learned from Officer Jessup that "Nico" gave a positive alert to the SUBJECT PARCELS, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

15. Attached as Exhibit 1, which I incorporate fully herein by reference, is Officer Jessup's statement regarding Nico's training and history in detecting controlled substances, and the examination of the SUBJECT PARCELS.

## V. CONCLUSION

16. For the reasons above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contains evidence, fruits, and instrumentalities of violations of the SUBJECT OFFENSES, as described in Attachment B.

Attested to by the applicant in
accordance with the requirements of
Fed. R. Crim. P. 4.1 by telephone on
this _____ day of November 2024.

_____
HONORABLE DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

9

**ATTACHMENT A**

<u>PARCELS TO BE SEARCHED</u>

The following United States Postal Service ("USPS") parcels seized from the mail on November 13, 2024, and currently in the custody of the United States Postal Inspection Service in San Bernardino, California:

    a.    SUBJECT PARCEL 1 is a USPS Priority Mail parcel bearing tracking number 9505 5161 9594 4317 9524 53.  SUBJECT PARCEL 1 is a brown, large-sized cardboard box.  SUBJECT PARCEL 1 is addressed to "Matthew Givens 32 Ogden Rd Natchez, MS 39120."  The return address listed on SUBJECT PARCEL 1 is "Rafael Bryd 2035 Silver Drop Ln Hemet, CA 92545."  SUBJECT PARCEL 1 was postmarked on November 12, 2024, in the 92543 zip code.

    b.    SUBJECT PARCEL 2 is a USPS Priority Mail parcel bearing tracking number 9505 5133 7328 4317 8142 89.  SUBJECT PARCEL 2 is a white, medium-sized cardboard box.  SUBJECT PARCEL 2 is addressed to "DEANGELO CLEMONS 907 OLD FOLKSTONE RD. APT 201 SNEADS FERRY, NC 28460."  The return address listed on SUBJECT PARCEL 2 is "RICARDO FUENTES 33136 WESLEY ST WINCHESTER, CA 92596."  SUBJECT PARCEL 2 was postmarked on November 12, 2024, in the 92596 zip code.

    c.    SUBJECT PARCEL 3 is a USPS Priority Mail parcel bearing tracking number 9505 5161 9591 4317 0606 70.  SUBJECT PARCEL 3 is a brown-colored, large-sized cardboard box.  SUBJECT PARCEL 3 is addressed to "Tina McCray 2800 Mulberry LN (Apt F) Greenville, NC 27858."  The return address listed on SUBJECT

i

PARCEL 3 is "Johnny Walker 1842 Meridian St San Jacinto CA, 92583." SUBJECT PARCEL 3 was postmarked on November 12, 2024, in the 92543 zip code.

**ATTACHMENT B**

<u>ITEMS TO BE SEIZED</u>

The items to be seized are evidence, contraband, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "SUBJECT OFFENSES"), namely:

    a. Any controlled substances, including marijuana;

    b. Currency, money orders, bank checks, or similar monetary instruments in aggregate quantities over $1,000; and

    c. Any parcel wrappings and any associated packaging material;

    d. Records reflecting indicia of ownership of the SUBJECT PARCELS; and

    e. Records, receipts, pay-owe sheets, or similar documents relating to drug-trafficking.

# Exhibit 1

**EXPERTISE OF AFFIANT**

I, Officer John Jessup #5043, I am a Police Officer with the Department of State Hospitals-Patton Police Department. I have been employed since August of 2017. I attended the Office of Protective Services Academy where I was given instruction in basic investigations, crimes against persons, crimes against property, and narcotic/controlled substance identification. I have conducted numerous investigations involving violent crimes, assaults, narcotic crimes, and sex crimes. I have been involved in well over 150 investigations involving, thefts, crimes against persons, assault on person, and narcotics sales and possession.

Contraband and Interdiction Team: June 2020 to present.
In June 2020, I was assigned to the Contraband and Interdiction Team (C&I) Team. I was assigned as a Narcotics K9 handler in June 2020. While assigned to the C&I Team, I have participated in numerous vehicle searches, mailroom, parcel searches, and unit searches.

NARCOTICS/CANINE EXPERTISE:
I have attended a 120-hour course at Vohne Liche Kennels in narcotics detection. I attend this course with my K9 partner Nico, a red and fawn Belgian Malinois. K9 Nico and I are a certified narcotics detection team through the California Narcotics Canine Association (CNCA) and The National Police Canine Association (NPCA). We attend monthly maintenance training sponsored by Vohne Liche Kennels, weekly training with the Inland Empire Police Canine Association and Nico and I train daily. Nico has given a positive alert over 800 times in searches where illegal narcotics have been located and/or seized. I have attended a 16-hour Scenario Based Detection Course through Echelon K9 in San Diego, CA., an 8-hour narcotic trends and interdiction in prisons hosted by Ontario Police Department and 36-hour narcotic trends and update course through the California Narcotics Officer Association (CNOA).

Additionally, I have received training in drug use, symptomatology, and recognition of narcotics. I have continued my education in areas of narcotic sales, trafficking, interdiction, and possession, along with dangerous controlled substances including marijuana, methamphetamine, heroin, cocaine, psilocybin(mushrooms), MDMA (Ecstasy), PCP (phencyclidine) and Fentanyl.

I have worked as a full time certified K9 handler since June 20, 2020. Since successfully completing K9 handler training, Nico is responsible for the seizure of over 120 pounds of marijuana, over 1700 pounds of methamphetamine, 20 pounds of heroin and 800,000 Fentanyl Pills.

On Wednesday, 11/13/2024, Task Force Officer Trent Tully requested that my narcotics detection K9 "Nico" and I assist in a narcotics parcel investigation. K9 "Nico" alerted to the odor of narcotics emitting from the following:

Parcel 1 USPS Parcel: 9505 5161 9594 4317 9524 53

Parcel 2 USPS Parcel: 9505 5133 7328 4317 8142 89

Parcel 3 USPS Parcel: 9505 5161 9591 4317 0606 70

On 11/13/2024, while conducting routine parcel inspection at the USPS facility located in Redlands, CA., parcels one, two and three were located and transported to the San Bernardino Post Office located at 390 W. Fifth St. San Bernardino CA 92402. The parcels were placed within an open area surrounded by adjacent rooms which contained like parcel boxes and lockers. I ran my narcotics detection K9 "Nico" throughout the area. The above-mentioned parcel locations were not known to me at the time. Upon reaching the above-mentioned parcels in question, K9 "Nico" sat and stared indicating a positive "alert", that the packages and/or the contents was saturated with the odor of illegal narcotics.

*John Jessup*
_____

Officer John Jessup

Patton State Hospital